# Exhibit C

# Second Amendment to Zero Hash LLC Platform Operator Agreement

**SECOND AMENDMENT TO ZERO HASH LLC PLATFORM OPERATOR AGREEMENT**

This Second Amendment (the "Second Amendment") to the Zero Hash LLC Platform Operator Agreement (the "Agreement") is made and entered into on February 22, 2021, by and between Zero Hash LLC ("Zero Hash") and Coinme, Inc. ("Platform Operator") (collectively, the "Parties"). The Agreement was entered into between Zero Hash and Platform Operator on March 16, 2020, and amended on June 26, 2020. The Parties hereby wish to amend the Agreement as follows with insertions underlined:

1. Subparagraph 9 is added to Section 6 (Zero Hash Representations) as follows:

   9. During the Initial Term or the Renewal Term, and for a period of one (1) year after the expiration or earlier termination of the Initial Term or the Renewal Term, Zero Hash will not induce, influence, or encourage, any client, customer, supplier, business partner or other similar third party of Platform Operator (each, a "Platform Operator Partner") to alter, terminate, or breach its contractual or other business relationship with Platform Operator.

2. The following provisions and subparagraphs are added to Section 8.1 (Intellectual Property) as follows:

   Platform Operator has exclusive ownership of and rights to the software (the "Platform Operator Software") used by Platform Operator to provide individuals the ability to exchange fiat currency for bitcoin at physical kiosks and store bitcoin in a hosted digital currency wallet (the "Kiosk Service"), its use and content, as well as all related copyrights, trademarks, service marks, patent rights, and trade secrets and any other intellectual property rights therein (registered or unregistered) including any applications anywhere in the world.

   Zero Hash will not:

   a. Copy, modify, create derivative works from, reverse engineer, reverse assemble, or reverse compile any technology included in the Platform Operator Software or the Platform Operator Platform;

   b. Remove, obscure, or alter any copyright, trademark, patent, or other notices or legends contained in any documentation or other materials produced, distributed, or published by Platform Operator;

   c. Distribute, rent, sell, lease, redistribute, release, or license the Platform Operator Software or the Platform Operator Platform, or any part thereof, to any third party or otherwise allow access by a third party, other than its authorized employees;

   d. Take or authorize any action that could detrimentally interfere with the performance of the Platform Operator Software or Platform Operator Platform, use any robot, spider, or other device or process to monitor or copy the Platform Operator Software or Platform Operator Platform, or knowingly transmit any virus or other potentially harmful device in connection with its use of the Platform Operator Software or Platform Operator Platform; or

   e. Assist or encourage any third party to engage in any activity prohibited under Subsections 8.1.a through 8.1.d of this Agreement.

IN WITNESS WHEREOF, the Parties below have caused to be executed or executed this Second Amendment as of the day and year first written above.

PLATFORM OPERATOR

ZERO HASH LLC

By: *Sung Woo Choi*
681C892ECAFF47D...

By: *Edward Woodford*
538B5E9BFFA0428...

Name: Sung Woo Choi

Name: Edward Woodford

Title: VP of Corporate Development

Title: CEO

2