# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Coinme Inc.
                Plaintiff,

v.                                      Case No.: 1:24−cv−10972
                                            Honorable Sharon Johnson Coleman

Zero Hash LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's unopposed motion for extension of time to respond to defendant's motion to dismiss [22] is granted. Plaintiff to file a response to defendant's motion to dismiss complaint [17] by 1/30/2025. Defendant to file a reply by 2/13/2025. Once the matter is fully briefed, the Court shall take it under advisement. No appearance necessary on 1/15/2025. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.