## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Coinme Inc.
        Plaintiff,

v.                                          Case No.: 1:24−cv−10972
                                             Honorable Sharon Johnson Coleman

Zero Hash LLC
        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 4, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 2/4/2025. Written discovery to be completed by 4/7/2025. Fact discovery to be completed by 7/16/2025. Case is referred to a Magistrate Judge for discovery supervision and settlement. An in−person status hearing is set for 9/5/2025 at 9:45 AM. Oral motion by defendant for a one week extension to file their reply to the motion to dismiss [17] is granted. Reply to be filed by 2/20/2025. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.